IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA CIBORT,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>CAPITAL BLUE CROSS,<br><br>　　　　　*Defendant.* | CIVIL ACTION<br>NO. 18-0443 |

## **ORDER**

**AND NOW**, this 18th day of June, 2018, upon consideration of Defendant's Motion to Transfer Venue (ECF No. 9 & 10), Plaintiff's Response (ECF No. 12) and Defendant's Reply (ECF No. 13), it is **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court shall **TRANSFER** this case to the Middle District of Pennsylvania for further proceedings.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.